KING and others, Respondents, vs. KOCH, Appellant.

*May 27 — June 19, 1896.*

*L. A. Shakman & Co. v. Koch, ante, p. 595, followed.*

APPEAL from an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Affirmed.*

MARSHALL, J.   The same questions are presented on this appeal as in *L. A. Shakman & Co. v. Koch, ante,* p. 595, and, following that case, the order of the circuit court is affirmed. *By the Court.*— Order affirmed.